

FILED
NOV 20 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> PATRICIA CORRAL, <br>     Defendant. | CASE NO. 05CR0380-BEN <br><br> JUDGE: HON. ROBERT T. BENITEZ <br><br> **ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE AND JUDGMENT OF DISMISSAL** |

    Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

    IT IS HEREBY ORDERED that the indictment in the above-referenced case is dismissed without prejudice and the arrest warrant is recalled.

DATED: 11/20/15

_____
HON. ROBERT T. BENITEZ
United States District Court Judge